**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **KARA JOBLIN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:21-cv-0722-B** |
| | § | |
| **CHAMPION NATIONAL SECURITY,** | § | |
| **INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

The Court considered the Agreed Motion for Approval of Settlement Agreement and Dismissal with Prejudice (Doc. 11) and Unopposed Supplemental Motion (Doc. 13), both filed by Plaintiff. Having reviewed the facts and circumstances surrounding the Agreed Motion and Supplemental Motion, the Court is of the opinion that both motions (Docs. 11 & 13) should be, and hereby are, **GRANTED**.

Accordingly, the Court hereby **APPROVES** the parties' settlement, including their resolution of Plaintiff's FLSA claim, and **DISMISSES** all claims in this case **WITH PREJUDICE**.

**SO ORDERED.**

**SIGNED: June 2, 2021.**

_____
**JANE J. BOYLE**
**UNITED STATES DISTRICT JUDGE**